# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  SACV 09-1070 JVS (RNBx)                    Date   October 8, 2009

Title   Risk Management Advisors, Inc. v. Emplify LLC,

Present: The Honorable        James V. Selna

Karla J. Tunis                              Not Present
Deputy Clerk                              Court Reporter

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                              Not Present

**Proceedings:**   (IN CHAMBERS)        Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

__ Complaint, filed

X  Notice of Removal ("Notice") filed September 16, 2009 by Arch Insurance Company, Inc. ("Arch Insurance").

The initial pleading purports to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Notice, ¶ 4 .)  Jurisdiction on this basis requires complete diversity.

The following parties to the action are alleged to be a limited liability company ("LLC"):

Emplify LLC
Tower Staff Services, LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members.   Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 09-1070 JVS (RNBx)                    Date   October 8, 2009

Title   Risk Management Advisors, Inc. v. Emplify LLC,

       The removing party is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |