JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Risk Management Advisors, Inc., ) | SACV 09-1070 JVS (RNBx) |
|           Plaintiff, ) | **Order Remanding Action to Superior Court** |
|    vs. ) | |
| Emplify LLC, ) | |
|           Defendant(s) ) | |
| _____ ) | |

On October 8, 2009, the Court directed the removing parties to file an amended Notice of Removal within 15 days stating the citizenship of the members of defendants Emplify LLC and Tower Staff Services, LLC, both of which are limited liability companies. Without that information, the Court indicated that it could not determine if diversity jurisdiction had been properly invoked. (Docket No. 9.)

No amended Notice of Removal has been filed.

//
//
//

1             The Court orders the matter remanded to the Superior Court for the
2   State of California for the County of Orange for failure to establish jurisdiction in
3   this Court.

4

5   DATED:  December 1, 2009

6                                          James V. Selna
                                United States District Judge